

# THE ATTORNEY GENERAL
## OF TEXAS

**JOHN L. HILL**
**ATTORNEY GENERAL**

AUSTIN, TEXAS 78711

May 14, 1973

Honorable Ed Paynter
District Attorney
Taylor County Courthouse
Abilene, Texas 79602

Dear Mr. Paynter:

Opinion No. H-39

Re: Whether the Commissioners
Court of Taylor County is
authorized to establish the
salaries of constables at one
dollar per year.

You have requested an opinion of this office on the following questio

"Did the Commissioners Court of Taylor
County have authority under Article 3912i, §§ 9
and 9 (2) to set the salaries of constables in
Taylor County at One Dollar ($1) per year?"

You present the following factual background for this question:

"At a General Election held in November,
1968, the Honorable John Thomas was elected
Constable for Taylor County, Texas for a term
beginning January 1, 1969, and ending December
31, 1972. Mr. Thomas assumed such office and
served the entire term, but did not choose to run
for re-election. The salary budget during this
term was $6,000 per year.

"On December 21, 1971, the Commissioners
Court of Taylor County met in session with all
members present and passed a motion that beginning
January 1, 1973, the salary budget of each of the
Constables' offices for Taylor County be set at
One Dollar ( $1 ) per year.

"At a General Election held in November,
1972, the Honorable Jake Lee was elected Constable

for Taylor County, Texas, for a term beginning
January 1, 1973, and ending December 31, 1976.
Mr. Lee has assumed such office and is presently
serving in such capacity. His salary is One Dollar
($1) per year."

Article 3912i, Vernon's Texas Civil Statutes, provides in part:

"Sec. 9. The Commissioners Court shall
not be required to fix the salaries in all precincts
at equal amounts, but shall have discretion to
determine the amount of salaries to be paid each
Justice of the Peace and each Constable in the
several precincts on an individual basis without
regard to the salaries paid in other precincts
or to other officials. . . . "

Article 3912k, Vernon's Texas Civil Statutes, provides in part:

"Section 1. Except as otherwise provided by
this Act and subject to the limitations of this Act,
the commissioners court of each county shall fix
the amount of compensation, office expense, travel
expense, and all other allowances for county and
precinct officials and employees who are paid
wholly from county funds, <u>but in no event shall
such salaries be set lower than they exist at the
effective date of this Act.</u> (Emphasis added)

"Section 8. To the extent that any local,
special, or general law, including Acts of the
62nd Legislature, Regular Session, 1971, pre-
scribes the compensation, office expense, travel
expense, or any other allowance for any official
or employee covered by this Act, that law is
repealed.

"Section 9. This Act is effective for salaries,
expenses, and allowances paid beginning January 1,
1972. "

The minimum salary payable is governed by Article 3912k, Vernon's Texas Civil Statutes. Under the facts you have given us, the salary for a Constable of Taylor County, as it existed on January 1, 1972, was $6,000 per year, and, to answer your question, the commissioners court may not set the salaries of constables at $1 per year.

## SUMMARY

The minimum salary for the Constable of Taylor County is set at the salary existing on January 1, 1972, by Article 3912k, and the commissioners court may not lower it below that figure.

Yours very truly,

JOHN L. HILL
Attorney General of Texas

APPROVED:

LARRY F. YORK, First Assistant

DAVID M. KENDALL, Chairman
Opinion Committee